IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| SYMBIONICS, INC. | : | |
| Plaintiff | : | |
| VS. | : | CIV. NO. 08 CV 44 |
| | : | AJT/TRJ |
| CHRISTOPHER J. ORTLIEB ET AL. | : | Defendants |

_____

**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

COMES NOW Eugene W. Policastri and the firm Bromberg, Rosenthal LLP and moves this Court to allow him and the firm to withdraw as counsel of record for Christopher J. Ortlieb, Amy Ortlieb, OPM LLC, ATACC Systems LLC and Warfighter Technologies LLC on the grounds that an irresolvable conflict of interest has developed and that no party will be unduly prejudiced by the withdrawal as trial has been conducted, and there is no impending deadline. Reasonable notice has been provided to the Ortliebs, OPM, ATACC, and Warfighter.

Respectfully Submitted

_____/s/_____
Eugene W. Policastri (65837)
Bromberg, Rosenthal, LLP
401 N. Washington St., Suite 500
Rockville, MD 20850
301-251-6200
301-309-9436 – facsimile
ewpolicastri@brsglaw.com

Attorneys for Defendants,
    Christopher J. Ortlieb, Amy Ortlieb,
    OPM, LLC, ATACC Systems, LLC
    and Warfighter Technologies, LLC

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 15, 2009 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Gerald M. Ritzert, Esq.
    Ritzert & Leyton, P.C.
    11350 Random Hills Road, Suite 400
    Fairfax, Virginia  22030

    And I hereby certify that I will mail the document by U.S. Mail to

    Christopher J. Ortlieb, Amy Ortlieb,
    OPM, LLC, ATACC Systems, LLC
    and Warfighter Technologies, LLC
    10000 E. Bexhill Drive
    Kensington, MD  20895

    _____/s/_____
    Eugene W. Policastri (65837)
    Bromberg, Rosenthal, LLP
    401 N. Washington St., Suite 500
    Rockville, MD  20850
    301-424-5995
    301-309-9436 – facsimile
    ewpolicastri@brsglaw.com

    Attorneys for Defendants,
        Christopher J. Ortlieb, Amy Ortlieb,
        OPM, LLC, ATACC Systems, LLC
        and Warfighter Technologies, LLC